THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ACIA17 AUTOMOTIVE, INC., <br><br>Plaintiff, <br><br>v. <br><br>NEW YORK MARINE AND GENERAL INSURANCE COMPANY, <br><br>Defendant. | Case No. 1:21-cv-05170 <br><br>Hon. Charles R. Norgle, Sr. |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties, by their undersigned counsel, hereby stipulate to dismissal of the above-captioned action with prejudice, with each party to bear its own costs and expenses, including but not limited to attorneys' and professionals' fees.

DATED: November 30, 2021

Respectfully submitted,

| **REED SMITH LLP** | **KAUFMAN DOLOWICH & VOLUCK, LLP** |
|---|---|
| By: /s/ Thomas A. Marrinson | By: /s/ Stefan R. Dandelles |
| Thomas A. Marrinson (ARDC #6211807) <br> REED SMITH LLP <br> 10 S. Wacker Drive, 40th Floor <br> Chicago, IL 60606 <br> Tel: (312) 207-3868 <br> Fax: (312) 207-6400 <br> Email: tmarrinson@reedsmith.com <br> Attorney for ACIA17 Automotive, Inc. | Stefan R. Dandelles (ARDC #6244438) <br> KAUFMAN DOLOWICH & VOLUCK, LLP <br> 135 S. LaSalle Street, Suite 2100 <br> Chicago, IL 60603 <br> Tel: (312) 646-6744 <br> Fax: (312) 896-9403 <br> Email: sdandelles@kdvlaw.com <br> Attorney for Defendant New York Marine and General Insurance Company |