# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

ACIA17 Automotive, Inc.

                                Plaintiff,

v.                                                 Case No.: 1:21–cv–05170
                                                        Honorable Charles R. Norgle Sr.

New York Marine and General Insurance Company

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 23, 2021:

      MINUTE entry before the Honorable Charles R. Norgle: Civil case terminated. Case dismissed with prejudice, with each party to bear its own costs and expenses, including but not limited to attorneys' and professionals' fees. Mailed notice (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.